JS-5

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -REOPENING/CLOSING

Case No. 5:24-cv-00319-KK-DTBx  Date August 14, 2024

Title: Jimmy Yarbrough v. San Bernardino County, et al.

Present: The Honorable Kenly Kiya Kato

| R. Maurice | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present                          Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☒ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☐ Other _____

☐ Entered _____.

Initials of Preparer   ram